DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PETER FOSENBAUER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2295

[November 14, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas J. Coleman, Judge; L.T. Case No. 14-013975CF10A.

Peter Fosenbauer, Perry, pro se.

Ashley Moody, Attorney General, Tallahassee, and Marc B. Hernandez, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, DAMOORGIAN and CIKLIN, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*